## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

TONIA VERRET, et al.,

    Plaintiffs,

v.                                              CV No. 17-913 CG/GJF

CITY OF HOBBS, et al.,

    Defendants.

## ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO AMEND COMPLAINT

**THIS MATTER** is before the Court on Plaintiffs' *Opposed Motion for Extension of Deadline to File Plaintiffs' Reply in Support of Motion to Amend Complaint*, (Doc. 45), ("Motion"), filed January 22, 2018. Plaintiffs ask for an extension of time from January 23, 2018, to February 20, 2018, to file a reply to their Motion to Amend Complaint, (Doc. 33). As grounds for their Motion, Plaintiffs state the parties have been discussing the potential dismissal of particular Defendants, and that counsel for Defendants have indicated they would withdraw their opposition to Plaintiffs' Motion to Amend Complaint should the parties reach an agreement. (Doc. 45 at 1-2), *see also* (Doc. 43 at 1) (Clerk's Minutes from January 19, 2018 Rule 16 Scheduling Conference). Plaintiffs also state that they were unable to determine if Defendants oppose the Motion. Having considered the Motion and record of the case, and being otherwise fully advised, the Court finds that the reasons stated in Plaintiffs' Motion provide good cause to grant the Motion.

**IT IS THEREFORE ORDERED** that Plaintiffs' *Opposed Motion for Extension of Deadline to File Plaintiffs' Reply in Support of Motion to Amend Complaint*, (Doc. 45), is

**GRANTED**, and Plaintiffs' deadline to file a reply to their Motion to Amend Complaint (Doc. 33) is **February 20, 2018**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE