# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

TONIA VERRET, et al.,

    Plaintiffs,

v.                               CV No. 17-913 CG/GJF

CITY OF HOBBS, et al.,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO AMEND COMPLAINT

**THIS MATTER** is before the Court on *Plaintiff's Unopposed Motion to Amend Complaint*, (Doc. 49), filed February 22, 2018. The Court, having reviewed the motion, noting it is unopposed, and being otherwise fully informed, finds that the Motion is well taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiffs shall file their First Amended Complaint by **February 28, 2018**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE