IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TONIA VERRET, et al.,

    Plaintiffs,

v.                      CV No. 17-913 CG/GJF

CITY OF HOBBS, et al.,

    Defendants.

**ORDER GRANTING SECOND UNOPPOSED MOTION TO AMEND COMPLAINT**

**THIS MATTER** is before the Court on *Plaintiffs' Unopposed Motion for Second Amended Complaint*, (Doc. 55), filed March 23, 2018. The Court, having reviewed the motion, noting it is unopposed, and being otherwise fully informed, finds that the Motion is well taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiffs shall file their Second Amended Complaint by **March 28, 2018**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE