IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TONIA VERRET, et al.,

    Plaintiffs,

v.                                         CV No. 17-913 CG/GJF

CITY OF HOBBS, et al.,

    Defendants.

## ORDER VACATING STATUS CONFERENCE

**THIS MATTER** is before the Court upon being notified that the case has settled.

**IT IS THEREFORE ORDERED** that the telephonic status conference set for September 11, 2018 at 3:00 p.m. is **VACATED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE