# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

TONIA VERRET, et al.,

    Plaintiffs,

v.                                    CV No. 17-913 CG/GJF

CITY OF HOBBS, et al.,

    Defendants.

## ORDER OF REFERENCE

**THIS MATTER** is before the Court on the parties' *Joint Motion for Appointment of United States Magistrate Judge Gregory J. Fouratt for Order Appointing Guardian ad Litem and for Review of and Order Approving Settlement*, (Doc. 74), filed November 28, 2018. Pursuant to the provisions of 28 U.S.C. § 636(b)(1)(A) and Rule 72(a) of the Federal Rules of Civil Procedure, United States Magistrate Judge Gregory J. Fouratt is hereby designated to hear and determine all matters related to the appointment of a guardian ad litem in this action and the fairness of the settlement of the minors' claims, as described in the parties' Motion, (Doc. 74).

 

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE