# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

TONIA VERRET, et al.,

    Plaintiffs,

v.                               CV No. 17-913 CG/GJF

CITY OF HOBBS, et al.,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court on the parties' *Motion to Dismiss Plaintiffs' Complaint With Prejudice*, (Doc. 80), filed December 12, 2018. Having considered the Motion, noting it is unopposed, and being otherwise advised in the premises, the Court finds that the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Complaint is dismissed with prejudice and each party shall pay their own costs and attorney's fees.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE